HALL, Administrator, v. WHITE *et al.*

*Appeal from Polk District Court — Thursday, April 9.*

THIS case involved only questions of fact, and the judgment below was affirmed as being sustained by the evidence, WRIGHT, J., delivering the opinion.

*M. D. McHenry* for the appellant — *Phillips, Gatch & Phillips* for the appellee.